1430331

AO 442 (Rev. 10/03) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
JAN 03 2008
District of Rhode Island

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

[redacted]

REDACTED

WARRANT FOR ARREST

Case Number: 1:08-MJ-02M

YOU ARE HEREBY COMMANDED to arrest MICHAEL KARPOWICH

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

identity theft, aggravated identity theft, bank embezzlement, wire fraud and bank fraud

in violation of Title 18 United States Code, Section(s) 1028, 1028A, 656, 1343 & 1344

| | |
|---|---|
| David L. Martin | David L. Martin |
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. MAGISTRATE JUDGE | 1-3-08 Providence, RI |
| Title of Issuing Officer | Date and Location |

Attest to True Copy
DAVID A. DIMARZIO
By Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/3/2008 | Stephen E. Souza Postal Inspector | Stephen E. Souza |
| DATE OF ARREST 1/4/2008 | | |