UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 1:08-MJ-002-DLM |
| | ) | |
| MICHAEL KARPOWICH | ) | |

MOTION FOR LEAVE TO TRAVEL

Now comes Michael Karpowich, the Defendant in the above captioned matter, and moves this Honorable Court to adjust his pre-trial release restrictions by allowing regular travel to and from Attleboro, MA. Mr. Karpowich submits the attached memorandum in support of this request.

Respectfully submitted
Michael Karpowich
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Andrew Reich, Assistant United States Attorney and Charlene Tryhubczak, USPO on January 16, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 1:08-MJ-002-DLM |
| | ) | |
| MICHAEL KARPOWICH | ) | |

MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO TRAVEL

Mr. Karpowich has moved this Court to allow him to regularly travel to and from Attleboro, MA, in addition to his other permissive travel pursuant to his pre-trial release conditions. Presently he is allowed to travel throughout RI and eastern MA for employment purposes. Mr. Karpowich asserts that his wife's family resides in Attleboro, MA, and therefore he has strong ties to that community in the manner of family obligations and commitments. Mr. Karpowich regrets not telling the Court about his family situation during his initial appearance and appreciates the Court's indulgence. His commitments range from child care issues and participation in religious activities, to regular visits with his mother and father-in-law; the grandparents of his three children. Mr. Karpowich has been very active in his own Catholic parishes for many years; he has been a CCD teacher at St. Francis Parish, Warwick, for the past 3 years, and was a teacher and CYO volunteer at St. Leo's, Pawtucket, for 10 years prior. His wife's family are members of Holy Ghost Parish in Attleboro and Mr. Karpowich regularly volunteers there as well. For these reasons he asks for the Court's permission to travel regularly to Attleboro, MA.

The government has no objection to this request.

Respectfully submitted
Michael Karpowich
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Andrew Reich, Assistant United States Attorney and Charlene Tryhubczak, USPO on January 16, 2008.

/s/ Kevin J. Fitzgerald